**Tonja A Palmer**
8523 Richcroft St
Houston, TX 77029

BMG Enterprise Group
DBA BM Group Inc.
6022E. Sam Houston Parkway North
Houston, TX 77049

**Pay Period**
10/24/2021 - 11/6/2021

| **Pay Type** | **Pay Date** | **Check#** |
|---|---|---|
| Salary | 11/15/2021 | 6227 |

| HOURS | | EARNINGS | |
|---|---|---|---|
| **Description** | **Hours** | **Pay Period** | **YTD** |
| Regular | 62.00 | $875.00 | $875.00 |
| **Totals** | **62.00** | **$875.00** | **$875.00** |

| EMPLOYEE TAXES | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Federal Income Tax | $9.08 | $9.08 |
| Social Security | $54.25 | $54.25 |
| Medicare | $12.69 | $12.69 |
| **Totals** | **$76.02** | **$76.02** |

| DEDUCTIONS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| No deductions | - | - |
| **Totals** | **$0.00** | **$0.00** |

| EMPLOYER CONTRIBUTIONS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| No Contributions | - | - |
| **Totals** | **$0.00** | **$0.00** |

| CHECK TOTALS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Gross Pay | $875.00 | $875.00 |
| Total Deductions | $0.00 | $0.00 |
| Total Employee Taxes | $76.02 | $76.02 |
| **Total Net Pay** | **$798.98** | **$798.98** |

| DIRECT DEPOSIT / CHECK DETAILS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Check #6227 | $798.98 | - |
| **Total Net Pay** | **$798.98** | **$798.98** |

**Tonja A Palmer**
8523 Richcroft St
Houston, TX 77029

BMG Enterprise Group
DBA BM Group Inc.
6022E. Sam Houston Parkway North
Houston, TX 77049

**Pay Period**
11/7/2021 - 11/20/2021

| **Pay Type** | **Pay Date** | **Check#** |
|---|---|---|
| Salary | 11/30/2021 | 6298 |

| HOURS | | EARNINGS | |
|---|---|---|---|
| **Description** | **Hours** | **Pay Period** | **YTD** |
| Regular | 59.00 | $875.00 | $1,750.00 |
| **Totals** | **59.00** | **$875.00** | **$1,750.00** |

| EMPLOYEE TAXES | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Federal Income Tax | $9.08 | $18.16 |
| Social Security | $54.25 | $108.50 |
| Medicare | $12.69 | $25.38 |
| **Totals** | **$76.02** | **$152.04** |

| DEDUCTIONS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| No deductions | - | - |
| **Totals** | **$0.00** | **$0.00** |

| EMPLOYER CONTRIBUTIONS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| No Contributions | - | - |
| **Totals** | **$0.00** | **$0.00** |

| CHECK TOTALS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Gross Pay | $875.00 | $1,750.00 |
| Total Deductions | $0.00 | $0.00 |
| Total Employee Taxes | $76.02 | $152.04 |
| **Total Net Pay** | **$798.98** | **$1,597.96** |

| DIRECT DEPOSIT / CHECK DETAILS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Check #6298 | $798.98 | - |
| **Total Net Pay** | **$798.98** | **$1,597.96** |

**Tonja A Palmer**
8523 Richcroft St
Houston, TX 77029

BMG Enterprise Group
DBA BM Group Inc.
6022E. Sam Houston Parkway North
Houston, TX 77049

**Pay Period**
11/21/2021 - 12/5/2021

| **Pay Type** | **Pay Date** | **Check#** |
|---|---|---|
| Salary | 12/15/2021 | 6347 |

| HOURS | | EARNINGS | | EMPLOYEE TAXES | | AMOUNT |
|---|---|---|---|---|---|---|
| **Description** | **Hours** | **Pay Period** | **YTD** | **Description** | **Pay Period** | **YTD** |
| Regular | 62.00 | $875.00 | $2,625.00 | Federal Income Tax | $95.68 | $113.84 |
| Bonus | | $805.00 | $805.00 | Social Security | $104.16 | $212.66 |
| **Totals** | **62.00** | **$1,680.00** | **$3,430.00** | Medicare | $24.36 | $49.74 |
| | | | | **Totals** | **$224.20** | **$376.24** |

| DEDUCTIONS | | AMOUNT | EMPLOYER CONTRIBUTIONS | | AMOUNT |
|---|---|---|---|---|---|
| **Description** | **Pay Period** | **YTD** | **Description** | **Pay Period** | **YTD** |
| No deductions | - | - | No Contributions | - | - |
| **Totals** | **$0.00** | **$0.00** | **Totals** | **$0.00** | **$0.00** |

| CHECK TOTALS | | AMOUNT | DIRECT DEPOSIT / CHECK DETAILS | | AMOUNT |
|---|---|---|---|---|---|
| **Description** | **Pay Period** | **YTD** | **Description** | **Pay Period** | **YTD** |
| Gross Pay | $1,680.00 | $3,430.00 | Check #6347 | $1,455.80 | - |
| Total Deductions | $0.00 | $0.00 | **Total Net Pay** | **$1,455.80** | **$3,053.76** |
| Total Employee Taxes | $224.20 | $376.24 | | | |
| **Total Net Pay** | **$1,455.80** | **$3,053.76** | | | |

| **Tonja A Palmer**<br>8523 Richcroft St<br>Houston, TX 77029 | BMG Enterprise Group<br>DBA BM Group Inc.<br>6022E. Sam Houston Parkway North<br>Houston, TX 77049 | **Pay Period**<br>1/9/2022 - 1/22/2022 | | |
|---|---|---|---|---|
| | | **Pay Type** | **Pay Date** | **Check#** |
| | | Salary | 1/31/2022 | 7947 |

| HOURS | | EARNINGS | | EMPLOYEE TAXES | | AMOUNT | |
|---|---|---|---|---|---|---|---|
| **Description** | **Hours** | **Pay Period** | **YTD** | **Description** | | **Pay Period** | **YTD** |
| Regular | 76.00 | $1,025.00 | $1,025.00 | Federal Income Tax | | $21.58 | $21.58 |
| **Totals** | **76.00** | **$1,025.00** | **$1,025.00** | Social Security | | $63.55 | $63.55 |
| | | | | Medicare | | $14.86 | $14.86 |
| | | | | **Totals** | | **$99.99** | **$99.99** |

| DEDUCTIONS | | AMOUNT | EMPLOYER CONTRIBUTIONS | | AMOUNT |
|---|---|---|---|---|---|
| **Description** | **Pay Period** | **YTD** | **Description** | **Pay Period** | **YTD** |
| No deductions | - | - | No Contributions | - | - |
| **Totals** | **$0.00** | **$0.00** | **Totals** | **$0.00** | **$0.00** |

| CHECK TOTALS | | AMOUNT | DIRECT DEPOSIT / CHECK DETAILS | | AMOUNT |
|---|---|---|---|---|---|
| **Description** | **Pay Period** | **YTD** | **Description** | **Pay Period** | **YTD** |
| Gross Pay | $1,025.00 | $1,025.00 | Check #7947 | $925.01 | - |
| Total Deductions | $0.00 | $0.00 | **Total Net Pay** | **$925.01** | **$925.01** |
| Total Employee Taxes | $99.99 | $99.99 | | | |
| **Total Net Pay** | **$925.01** | **$925.01** | | | |

**Tonja A Palmer**
8523 Richcroft St
Houston, TX 77029

BMG Enterprise Group
DBA BM Group Inc.
6022E. Sam Houston Parkway North
Houston, TX 77049

**Pay Period**
1/23/2022 - 2/5/2022

| **Pay Type** | **Pay Date** | **Check#** |
|---|---|---|
| Salary | 2/15/2022 | 7998 |

| HOURS | | EARNINGS | |
|---|---|---|---|
| **Description** | **Hours** | **Pay Period** | **YTD** |
| Regular | 84.00 | $1,025.00 | $2,050.00 |
| **Totals** | **84.00** | **$1,025.00** | **$2,050.00** |

| EMPLOYEE TAXES | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Federal Income Tax | $21.58 | $43.16 |
| Social Security | $63.55 | $127.10 |
| Medicare | $14.87 | $29.73 |
| **Totals** | **$100.00** | **$199.99** |

| DEDUCTIONS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| No deductions | - | - |
| **Totals** | **$0.00** | **$0.00** |

| EMPLOYER CONTRIBUTIONS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| No Contributions | - | - |
| **Totals** | **$0.00** | **$0.00** |

| CHECK TOTALS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Gross Pay | $1,025.00 | $2,050.00 |
| Total Deductions | $0.00 | $0.00 |
| Total Employee Taxes | $100.00 | $199.99 |
| **Total Net Pay** | **$925.00** | **$1,850.01** |

| DIRECT DEPOSIT / CHECK DETAILS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Check #7998 | $925.00 | |
| **Total Net Pay** | **$925.00** | **$1,850.01** |

**Tonja A Palmer**
8523 Richcroft St
Houston, TX 77029

BMG Enterprise Group
DBA BM Group Inc.
6022E. Sam Houston Parkway North
Houston, TX 77049

**Pay Period**
2/6/2022 - 2/19/2022

| **Pay Type** | **Pay Date** | **Check#** |
|---|---|---|
| Salary | 2/28/2022 | 8025 |

| HOURS | | EARNINGS | |
|---|---|---|---|
| **Description** | **Hours** | **Pay Period** | **YTD** |
| Regular | 82.00 | $1,025.00 | $3,075.00 |
| **Totals** | **82.00** | **$1,025.00** | **$3,075.00** |

| EMPLOYEE TAXES | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Federal Income Tax | $21.58 | $64.74 |
| Social Security | $63.55 | $190.65 |
| Medicare | $14.86 | $44.59 |
| **Totals** | **$99.99** | **$299.98** |

| DEDUCTIONS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| No deductions | - | - |
| **Totals** | **$0.00** | **$0.00** |

| EMPLOYER CONTRIBUTIONS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| No Contributions | - | - |
| **Totals** | **$0.00** | **$0.00** |

| CHECK TOTALS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Gross Pay | $1,025.00 | $3,075.00 |
| Total Deductions | $0.00 | $0.00 |
| Total Employee Taxes | $99.99 | $299.98 |
| **Total Net Pay** | **$925.01** | **$2,775.02** |

| DIRECT DEPOSIT / CHECK DETAILS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Check #8025 | $925.01 | - |
| **Total Net Pay** | **$925.01** | **$2,775.02** |

**Tonja A Palmer**
8523 Richcroft St
Houston, TX 77029

BMG Enterprise Group
DBA BM Group Inc.
6022E. Sam Houston Parkway North
Houston, TX 77049

**Pay Period**
2/20/2022 - 3/5/2022

| **Pay Type** | **Pay Date** | **Check#** |
|---|---|---|
| Salary | 3/15/2022 | 8088 |

| HOURS | | EARNINGS | |
|---|---|---|---|
| **Description** | **Hours** | **Pay Period** | **YTD** |
| Regular | 86.00 | $1,025.00 | $4,100.00 |
| **Totals** | **86.00** | **$1,025.00** | **$4,100.00** |

| EMPLOYEE TAXES | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Federal Income Tax | $21.58 | $86.32 |
| Social Security | $63.55 | $254.20 |
| Medicare | $14.86 | $59.45 |
| **Totals** | **$99.99** | **$399.97** |

| DEDUCTIONS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| No deductions | - | - |
| **Totals** | **$0.00** | **$0.00** |

| EMPLOYER CONTRIBUTIONS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| No Contributions | - | - |
| **Totals** | **$0.00** | **$0.00** |

| CHECK TOTALS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Gross Pay | $1,025.00 | $4,100.00 |
| Total Deductions | $0.00 | $0.00 |
| Total Employee Taxes | $99.99 | $399.97 |
| **Total Net Pay** | **$925.01** | **$3,700.03** |

| DIRECT DEPOSIT / CHECK DETAILS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Check #8088 | $925.01 | - |
| **Total Net Pay** | **$925.01** | **$3,700.03** |

**Tonja A Palmer**
8523 Richcroft St
Houston, TX 77029

BMG Enterprise Group
DBA BM Group Inc.
6022E. Sam Houston Parkway North
Houston, TX 77049

**Pay Period**
3/6/2022 - 3/19/2022

| **Pay Type** | **Pay Date** | **Check#** |
|---|---|---|
| Salary | 3/30/2022 | 8107 |

| HOURS | | EARNINGS | |
|---|---|---|---|
| **Description** | **Hours** | **Pay Period** | **YTD** |
| Regular | 78.00 | $1,025.00 | $5,125.00 |
| **Totals** | **78.00** | **$1,025.00** | **$5,125.00** |

| EMPLOYEE TAXES | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Federal Income Tax | $21.58 | $107.90 |
| Social Security | $63.55 | $317.75 |
| Medicare | $14.86 | $74.31 |
| **Totals** | **$99.99** | **$499.96** |

| DEDUCTIONS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| No deductions | - | - |
| **Totals** | **$0.00** | **$0.00** |

| EMPLOYER CONTRIBUTIONS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| No Contributions | - | - |
| **Totals** | **$0.00** | **$0.00** |

| CHECK TOTALS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Gross Pay | $1,025.00 | $5,125.00 |
| Total Deductions | $0.00 | $0.00 |
| Total Employee Taxes | $99.99 | $499.96 |
| **Total Net Pay** | **$925.01** | **$4,625.04** |

| DIRECT DEPOSIT / CHECK DETAILS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Check #8107 | $925.01 | - |
| **Total Net Pay** | **$925.01** | **$4,625.04** |

**Tonja A Palmer**
8523 Richcroft St
Houston, TX 77029

BMG Enterprise Group
DBA BM Group Inc.
6022E. Sam Houston Parkway North
Houston, TX 77049

**Pay Period**
3/20/2022 - 4/2/2022

| **Pay Type** | **Pay Date** | **Check#** |
|---|---|---|
| Salary | 4/15/2022 | 8157 |

| HOURS | | EARNINGS | |
|---|---|---|---|
| **Description** | **Hours** | **Pay Period** | **YTD** |
| Regular | 82.00 | $1,025.00 | $6,150.00 |
| **Totals** | **82.00** | **$1,025.00** | **$6,150.00** |

| EMPLOYEE TAXES | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Federal Income Tax | $21.58 | $129.48 |
| Social Security | $63.55 | $381.30 |
| Medicare | $14.87 | $89.18 |
| **Totals** | **$100.00** | **$599.96** |

| DEDUCTIONS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| No deductions | - | - |
| **Totals** | **$0.00** | **$0.00** |

| EMPLOYER CONTRIBUTIONS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| No Contributions | - | - |
| **Totals** | **$0.00** | **$0.00** |

| CHECK TOTALS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Gross Pay | $1,025.00 | $6,150.00 |
| Total Deductions | $0.00 | $0.00 |
| Total Employee Taxes | $100.00 | $599.96 |
| **Total Net Pay** | **$925.00** | **$5,550.04** |

| DIRECT DEPOSIT / CHECK DETAILS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Check #8157 | $925.00 | - |
| **Total Net Pay** | **$925.00** | **$5,550.04** |

**Tonja A Palmer**
8523 Richcroft St
Houston, TX 77029

BMG Enterprise Group
DBA BM Group Inc.
6022E. Sam Houston Parkway North
Houston, TX 77049

**Pay Period**
4/3/2022 - 4/16/2022

| **Pay Type** | **Pay Date** | **Check#** |
|---|---|---|
| Salary | 4/29/2022 | 8188 |

| HOURS | | EARNINGS | |
|---|---|---|---|
| **Description** | **Hours** | **Pay Period** | **YTD** |
| Regular | 81.00 | $1,025.00 | $7,175.00 |
| **Totals** | **81.00** | **$1,025.00** | **$7,175.00** |

| EMPLOYEE TAXES | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Federal Income Tax | $21.58 | $151.06 |
| Social Security | $63.55 | $444.85 |
| Medicare | $14.86 | $104.04 |
| **Totals** | **$99.99** | **$699.95** |

| DEDUCTIONS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| No deductions | - | - |
| **Totals** | **$0.00** | **$0.00** |

| EMPLOYER CONTRIBUTIONS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| No Contributions | - | - |
| **Totals** | **$0.00** | **$0.00** |

| CHECK TOTALS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Gross Pay | $1,025.00 | $7,175.00 |
| Total Deductions | $0.00 | $0.00 |
| Total Employee Taxes | $99.99 | $699.95 |
| **Total Net Pay** | **$925.01** | **$6,475.05** |

| DIRECT DEPOSIT / CHECK DETAILS | | AMOUNT |
|---|---|---|
| **Description** | **Pay Period** | **YTD** |
| Check #8188 | $925.01 | - |
| **Total Net Pay** | **$925.01** | **$6,475.05** |